UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| STEPHANIE SANGER,<br>A Michigan Resident, | Case No. 2:20-cv-12701 |
| Plaintiff, | Honorable George Caram Steeh<br>Magistrate Judge David R. Grand |
| v. | |
| THE KROGER CO. an Ohio corporation,<br>THE KROGER CO. OF MICHIGAN,<br>a Michigan corporation, | |
| Defendants. | |

| | |
|---|---|
| Law office of Bryan Monaghan<br>Bryan Monaghan (P-42461)<br>Attorneys for Plaintiff<br>337 South Main Street, Suite 201<br>Rochester, Michigan  48307<br>Phone: (248) 608-5300<br>Fax: (248) 651-5531<br>bryan@bryanmonaghanlaw.com | Butzel Long<br>Terrence J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>Attorneys for Defendants<br>41000 Woodward, Stoneridge West<br>Bloomfield Hills, MI  48304<br>Phone: (248) 258-1616<br>Fax: (248) 258-1439<br>miglio@butzel.com<br>buchanan@butzel.com |

## **DEFENDANTS' WITNESS LIST**

NOW COME Defendants, THE KROGER CO. and THE KROGER CO. OF MICHIGAN ("Kroger" or "Defendants"), by and through their attorneys, BUTZEL LONG, and state for their Witness List, the following:

1. Dennis Adams
   The Kroger Co. of Michigan
   40399 Grand River Avenue, Novi, Michigan  48375

2. Leanne Barta
   Kroger Accounting Services – Hutchinson
   2700 E. 4th Street, Hutchinson, KS 67501

3. Richard S. Bartholomew, DO
   General Orthopedics, P.C.
   Bone and Joint Specialists
   4800 Highland Road, #2, Waterford, MI 48328
   (248) 673-0500

4. Rebecca Belanger
   The Kroger Co. of Michigan
   40399 Grand River Avenue, Novi, Michigan  48375

5. Dr. Todd Best
   4000 Highland Road, Suite 107, Waterford, MI 48328
   (248) 683-5019

6. Alex Birmingham
   MetLife Disability
   PO Box 14590, Lexington, KY 40512
   (888) 343-6886

7. Mike Boulanger
   The Kroger Co. of Michigan
   40399 Grand River Avenue, Novi, Michigan  48375

8. Anita C. Bourgault
   The Kroger Co. of Michigan
   40399 Grand River Avenue, Novi, Michigan  48375

9. Janet Cassette
   The Kroger Co. of Michigan
   40399 Grand River Avenue, Novi, Michigan  48375

10. Rachel Chargo
    MetLife Disability
    PO Box 14590, Lexington, KY 40512
    (888) 343-6886

11. Susan Courtnage, MD
    101 E Spicerville Hwy, Ste 100, Eaton Rapids, MI 48827
    (517) 676-9788

12. Ken DeLuca
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

13. Yvonne Dolohanty-Konty
    General Orthopedics, P.C.
    Bone and Joint Specialists
    4800 Highland Road, #H2, Waterford, MI 48328
    (248) 673-0500

14. Gayle Fons
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

15. Jeff Garrish
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

16. Lorie Gratton
    Address Unknown

17. Teresa Guerra
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

18. Joseph Gusman
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

19. Laura Hayden
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

20. Larry Jackson, MD
    Westside Family Medical Center
    6565 W Main St, Ste 100 Kalamazoo, MI 49009
    (269) 375-0400

21. Chuck Kubert
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

22. Ken Kuczborski
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

23. Janet Lang
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

24. Season Lawrence
    Kroger Store #620
    6625 Dixie Hwy, Clarkston, MI 48346

25. Jackie Lepo
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

26. Stacie Lowe
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

27. Tanya Lue-Robinson
    MetLife Disability
    PO Box 14590, Lexington, KY 40512
    (888) 343-6886

28. Debbie Malloy
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

29. Timothy Massa
    The Kroger Co. of Michigan
    1014 Vine Street, Cincinnati, OH 45202

30. Christopher Mattson
    Address Unknown
    Kroger Store #651

31. Denise Marchantonio
    Address Unknown

32. Jeffery McClelland
    Address Unknown
    Kroger Store #651

33. John McClure
    Address Unknown
    Kroger Store #629

34. Lindsay McClure
    Address Unknown
    Kroger Store #629

35. Rodney McMullen
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

36. Tom Menke
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

37. Chuck Nestart
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

38. Denise Oakray
    Address Unknown

39. Lanell Ohlinger
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

40. Jennifer Ostrander
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

41. Dr. Kirit Portel
    5701 Bow Pointe Drive, #205
    Village of Clarkston, MI 48346
    (248) 625-5550

42. Jerry Powell
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

43. Megan Prater
    General Orthopedics, P.C.
    Bone and Joint Specialists
    4800 Highland Road, #H2, Waterford, MI 48328
    (248) 673-0500

44. D. Victoria Ricks
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

45. Dan Ruffi
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

46. Beverly Sanger
    Address Unknown

47. Stephanie Ann Sanger
    c/o Bryan Monaghan (P42461)
    Law Office of Bryan Monagham
    337 South Main Street, Suite 201
    Rochester, Michigan 48307
    (248) 608-5300
    bryan@bryanmonaghamlaw.com

48. Brianne Schanaberger
    MetLife Disability
    PO Box 14590, Lexington, KY 40512

49. Christy Schiller
    Address Unknown
    Kroger Store #629

50. Teresa Schiller
    Address Unknown
    Kroger Store #629

51. Chris Sosa
    Kroger Accounting Services – Hutchinson
    2700 E. 4th Street, Hutchinson, KS 67501

52. Stephanie Sprangler-Opdyke
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

53. Anna Strimpel
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

54. Gwen Taylor
    Kroger District Office Store #673
    2260 18 Mile Road, Sterling Heights, MI 48314

55. Melissa Trevino
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

56. Sandy Telmos
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

57. Hemant Thawani
    9450 South Saginaw Road, Ste G, Grand Blanc, MI 48439
    (810) 603-9391

58. Blaine Tweed
    Kroger Store #651
    5990 Sashabaw Rd, Village of Clarkston, MI 48346

59. Aftyn Walters
    Address Unknown
    Kroger Store #651

60. Daniel Walters
    Address Unknown
    Kroger Store #651

61. Katie Walters
    Address Unknown
    Kroger Store #464

62. Kim Waybright
    Kroger Accounting Services – Hutchinson
    2700 E. 4th Street, Hutchinson, KS 67501

63. Audrey Wickey
    Kroger Accounting Services – Hutchinson
    2700 E. 4th Street, Hutchinson, KS 67501

64. Cynthia Williams
    MetLife Disability
    PO Box 14590, Lexington, KY 40512
    (888) 343-6886 ext. 1648

65. Latisha Wilson
    MetLife Disability
    PO Box 14590, Lexington, KY 40512
    (888) 343-6886 ext. 4941

66. Taylor Young
    The Kroger Co. of Michigan
    40399 Grand River Avenue, Novi, Michigan  48375

67. Custodians of Record:

    a. Avondale Senior High
       Auburn Hills, MI

    b. Baker College
       Flint, MI

    c. Dr. Todd Best
       4000 Highland Road, Suite 107
       Waterford, MI 48328
       (248) 683-5019

    d. Cherry Management
       d/b/a Country Oaks Landscape Supply
       5904 Dixie Highway, Clarkston, MI 48346
       (248) 623-2640

    e. Davenport University
       Detroit College of Business
       Warren, MI

    f. Equal Employment Opportunity Commission
       477 Michigan Avenue, Room 865
       Detroit, Michigan  48226

g.  General Orthopedics, P.C.
    Bone and Joint Specialists
    4800 Highland Road, #H2,Waterford, MI 48328
    (248) 673-0500

h.  Indeed
    ATTN: Legal Department
    6433 Champion Grandview Way, Building 1
    Austin, TX 78750

i.  The Kroger Co. of Michigan
    40399 Grand River Avenue
    Novi, Michigan  48375

j.  LinkedIn
    ATTN: Legal Department
    1000 West Maude Avenue
    Sunnyvale, CA 94085

k.  MetLife Disability
    PO Box 14590, Lexington, KY 40512

l.  Michigan Department of Civil Rights
    3054 West Grand Boulevard, Suite 3-600
    Detroit, Michigan  48202

m.  O W Rose & Associates
    2550 Mann Road, Clarkston, MI
    (248) 673-1217

n.  Oakland Community College
    White Lake Twp, MI

o.  Oakland County
    Attn: Human Resources
    1200 N Telegraph Road, Pontiac, MI 48341

p.  Oakland County Circuit Court
    c/o Court Records Clerk
    Oakland County Clerk's Office
    1200 N. Telegraph, Dept. 413
    Pontiac, MI 48341

q. Dr. Kirit Portel
5701 Bow Pointe Drive, #205
Village of Clarkston, MI 48346
(248) 625-5550

r. Scott Sanger Herczeg, Inc.
2550 Mann Road, Clarkston, MI 48346

s. Social Security Administration
1280 Pontiac Road, Pontiac, MI 48340
(866) 299-3777

t. Stilman Law
30300 Northwestern Hwy, 3rd Floor
Farmington Hills, MI 48334

u. Hemant Thawani
9450 South Saginaw Road, Suite G
Grand Blanc, MI 48439
(810) 603-9391

68. Elissa Benedek, M.D. (Psychiatry Expert)
2311 East Stadium Boulevard, Suite 111
Ann Arbor, Michigan 48104

69. Donna Rinnas, Ph.D. (Psychology Expert)
800 W. Grand River
Brighton, Michigan 48106

70. Gary Leeman (Economic Expert)
39300 W. Twelve Mile Road, Suite 100
Farmington Hills, Michigan 48331

71. Kenneth Myers (Mitigation Expert)
26600 West Fourteen Mile Road
Bloomfield Hills, Michigan 48301

72. Patrick M. O'Keefe (Economic Expert)
146 Monroe Center St. NW #1226
Grand Rapids, Michigan 49503

73. Ronald T. Smolarski, M.A., CLCP, CRC (Vocational Expert)
114 Felch, Ann Arbor, Michigan 48103

74. Any and all past or present employees of Defendant Kroger.

75. Any and all past or present employers of Plaintiff.

76. Any and all physicians, psychologists, psychiatrists or other medical professionals who have examined and/or treated Plaintiff.

77. Any and all rebuttal or impeachment witnesses.

78. Any and all witnesses identified through additional discovery or investigation.

79. Any and all witnesses disclosed at trial.

80. Any and all witnesses listed on Plaintiff's Witness List(s).

81. Any and all expert witnesses listed on Plaintiff's Witness List(s).

82. Defendant reserves the right to add to or delete names from its Witness List pursuant to further discovery.

By submitting this Witness List, Defendants do not waive any objections to the admissibility of the testimony of these witnesses. Instead, this list is being submitted indicating potential witnesses Defendants may produce.

Respectfully submitted,

BUTZEL LONG

Dated: February 15, 2021

By: /s/ Terrence J. Miglio
Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
Attorneys for Defendants
41000 Woodward, Stoneridge West
Bloomfield Hills, MI 48304
Phone: (248) 258-1616
Fax: (248) 258-1439
miglio@butzel.com
buchanan@butzel.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

        By:    */s/ Terrence J. Miglio*
                Terrence J. Miglio (P30541)