UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| STEPHANIE SANGER,<br>A Michigan Resident, | Case No. 2:20-cv-12701 |
| Plaintiff, | Honorable George Caram Steeh<br>Magistrate Judge David R. Grand |
| v. | |
| THE KROGER CO. an Ohio corporation,<br>THE KROGER CO. OF MICHIGAN,<br>a Michigan corporation, | |
| Defendants. | |

| | |
|---|---|
| Law office of Bryan Monaghan<br>Bryan Monaghan (P-42461)<br>Attorneys for Plaintiff<br>337 South Main Street, Suite 201<br>Rochester, Michigan  48307<br>Phone: (248) 608-5300<br>Fax: (248) 651-5531<br>bryan@bryanmonaghanlaw.com | Butzel Long<br>Terrence J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>Attorneys for Defendants<br>41000 Woodward, Stoneridge West<br>Bloomfield Hills, MI  48304<br>Phone: (248) 258-1616<br>Fax: (248) 258-1439<br>miglio@butzel.com<br>buchanan@butzel.com |

## STIPULATED ORDER TO DISMISS WITH PREJUDICE AND WITHOUT COSTS OR FEES

Pursuant to stipulation by and between the respective parties through their respective counsel, and the Court being duly advised in the premises;

The parties agree to dismiss this action with prejudice and without the payment of costs or fees.

**IT IS SO ORDERED. This Order resolves all pending claims and closes the case.**

Dated:  August 23, 2021
                                    s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    United States District Judge

**APPROVED AS TO FORM AND SUBSTANCE:**

**ATTORNEYS FOR PLAINTIFF**          **ATTORNEYS FOR DEFENDANT**

*/s/ Bryan Monaghan (w/permission)*     */s/ Terrence J. Miglio*
Law office of Bryan Monaghan          BUTZEL LONG
Bryan Monaghan (P-42461)              Terrence J. Miglio (P30541)
Attorneys for Plaintiff              Barbara E. Buchanan (P55084)
337 South Main Street, Suite 201      Attorneys for Defendant
Rochester, Michigan  48307            301 E. Liberty, Suite 500
Phone: (248) 608-5300                 Ann Arbor, MI  48104
Fax: (248) 651-5531                   (734) 995-3110
bryan@bryanmonaghanlaw.com            miglio@butzel.com
                                      buchanan@butzel.com

Dated: August 23, 2021